Order filed July 22, 2016.



In The

# Fourteenth Court of Appeals

NO. 14-16-00574-CV

## IN RE DANIEL HAMILL, Relator

ORIGINAL PROCEEDING
WRIT OF HABEAS CORPUS
300th District Court
Brazoria County, Texas
Trial Court Cause No. 75019-F

## MEMORANDUM ORDER

Relator Daniel Hamill has filed a petition for writ of habeas corpus. The Court is of the tentative opinion that a serious question concerning the relief requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, the Court orders the Sheriff of Brazoria County to discharge relator from custody on relator executing and filing with the Sheriff of Brazoria County a good and sufficient bond, conditioned as required by law, in the amount of $500.00. *See* Tex. R. App. P. 52.8(b)(3); *see also* Tex. Gov't Code Ann. § 22.221(d) (West 2004).

In addition, the Court requests that real party in interest Jamie Hamill file a response to the petition for writ of habeas corpus on or before August 5, 2016. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

It is so ORDERED.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and McCally.